NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

MEL ANTHONY THOMAS, *Petitioner*.

NO. 1 CA-CR 21-0324 PRPC
FILED 12-9-2021

Petition for Review from the Superior Court in Maricopa County
No.  CR2008-117918-001
The Honorable Jo Lynn Gentry, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Amanda M. Parker
*Counsel for Respondent*

Mel Anthony Thomas, Tucson
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Peter B. Swann, Judge David D. Weinzweig, and Judge Paul J. McMurdie delivered the decision of the Court.

**PER CURIAM**:

**¶1**        Petitioner Mel Anthony Thomas seeks review of the superior court's order denying his petition for post-conviction relief.  This is petitioner's fourth petition.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that petitioner has not established an abuse of discretion.

**¶4**        We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:    AA